Andrew Allen BROWN, Respondent,

v.

Heather Lynn BROWN (Now Eaton), Appellant.

WD 77052

Missouri Court of Appeals, Western District.

ORDER FILED: November 18, 2014

Craig Kallen, III, Town and Country, MO, Counsel for Appellant

John Edmiston, Warrensburg, MO, Counsel for Respondent

Before Division Four: Alok Ahuja, C.J. Presiding, James Edward Welsh, and Gary D. Witt, JJ.

**ORDER**

Per Curiam:

Heather L. Brown appeals the circuit court's judgment denying her motion to modify a dissolution decree as it pertained to child custody. We affirm. Rule 84.16(b).

Antwain D. GRAY, Appellant,

v.

STATE of Missouri, Respondent.

WD 76324

Missouri Court of Appeals, Western District.

ORDER FILED: November 18, 2014

S. Kate Webber, Kansas City, MO, Counsel for Appellant

Todd Smith, Jefferson City, MO, Counsel for Respondent

Before Division One: Thomas H. Newton, P.J., Lisa White Hardwick, and Anthony Rex Gabbert, JJ.

**ORDER**

Per Curiam:

Mr. Antwain D. Gray appeals the judgment denying a Rule 24.035 post-conviction motion. Mr. Gray claims that he relied on a statement from plea counsel as to the likely duration of his sentence when entering a guilty plea. He further claims that he was thereby prejudiced because, had he understood that the sentence could be longer than plea counsel stated, he would not have waived his right to a trial.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).